1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11   TOBIN et al,                          )    Civil No. 09-CV-256-DMS(WVG)
                                           )
12              Plaintiffs,                )    ORDER GRANTING DEFENDANTS'
                                           )    FOR SECOND DEPOSITION
13   v.                                    )
                                           )
14   BC BANCORP et al,                     )    (Doc. No. 105)
                                           )
15              Defendants.                )
                                           )
16   _____ )

17

18          On March 3, 2010, at 2:00 P.M. the Court convened a discovery conference. Appearing

19   were Deborah Raymond and Jodi Hansen for Plaintiffs, and Charles Jarrell, for Defendants Wells

20   Fargo Bank, Indy Mac Federal Bank FSB, Elke Poerschke, Deutsche Bank National Trust Company, and

21   US Bank. Jeffrey Benice appeared on behalf of Defendants Loni Hall, Robert Garner, and J & J

22   Lending. Deepika Saluja appeared on behalf of NDEx West LLC. The conference was held on the

23   record. The rulings below reflect the Court's conclusions, ruled on the record, at the discovery

24   conference.

25                                    BACKGROUND

26          Prior to the filing of this suit, in November 2008, Plaintiffs and Defendants were in

27   communication about an impending foreclosure sale of Plaintiffs' residence. Defendant Elke

28   Poerschke wrote an email to Plaintiffs' counsel, Ms. Raymond, that the foreclosure sale was "on hold

1

1   indefinitely." Without further notice, Plaintiffs' home was sold in foreclosure a few months later.

2          In February 2009, Plaintiffs filed suit alleging among other claims, unfair competition,

3   intentional misrepresentation, negligent misrepresentation, intentional infliction of emotional

4   distress, negligent infliction of emotional distress, and breach of contract.

5          Plaintiffs have requested extensive discovery from several Defendants, specifically Wells

6   Fargo Bank, Indy Mac Federal Bank, and Elke Poerschke. Plaintiffs seek to find the true holder of

7   their loan note so that their Truth In Lending Act ("TILA") claim can run against the proper party.

8   Plaintiffs request extensive discovery into the chain of title of the loan note,  performance of bank's

9   obligations imposed by the Pooling and Servicing Agreement, and seek to verify the paper trail

10  associated with the assignments of their loan, and other paper-intensive detailed inquiries. Plaintiffs

11  fear that without this expensive discovery,  they will be estopped from asserting a claim against the

12  true holder of the note, because the purported physical note holder will present evidence of a

13  technical defect in its status as note holder.

14                                        LEGAL STANDARD

15         The scope of discovery is generally broad. Parties are permitted to discover "any

16  nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. Proc. 26(b)(1).

17  However, the Court "on motion or on its own, ...  must limit the ... extent of discovery ... if it

18  determines that ... the burden or expense of the proposed discovery outweighs its likely benefit."

19  Fed. R. Civ. Proc. 26(b)(2)(C).

20                                          DISCUSSION

21         A large majority of Plaintiffs' discovery requests to Wells Fargo and Indy Mac Bank are

22  solely aimed to discover which entity holds the note associated with Plaintiffs' loan. At the

23  Discovery Conference, on the record, counsel for Deutsche Bank National Trust Company

24  ("Deutsche") represented that his client, Deutsche, was the note holder.[1] Because of this

25  representation, the Court concludes that much of Plaintiffs' discovery is unnecessary and

26  irrelevant, if not duplicative. All inquiries into the Pooling and Servicing Agreement, the chain of

27  _____

    [1]

28  Defendant Deutsche Bank National Trust Company first appeared and answered the Second
    Amended Corrected Complaint on February 11, 2010. Discovery is not yet due.

title of the note, tracing assignments of the note, or requests for originals of loan documents are irrelevant if in fact Deutsche Bank will represent at trial that it is the proper note holder and will not claim a technical defect, disqualifying it from its status as note holder.

To avoid any confusion on the matter, the Court orders Deutsche to provide a verified response that it is, in fact , holder of the note. This verified response must be provided on or before <u>March 24, 2010</u>. If Deutsche intends to claim that it is not in fact true holder of the note, Deutsche must notify the Court and Plaintiffs by <u>March 17, 2010</u>, and any limitations on Plaintiffs' search will be reversed so that Plaintiffs may resume discovery calculated to reveal the true holder of their loan note. If during discovery Deutsche learns that it is not holder of the note, it must notify the Court immediately and Plaintiffs' discovery will go forward. Notification must describe when and how Deutsche learned it was not holder, and explain why this information could not be produced earlier. Any delay in notification by Deutsche will be construed by the Court as sanctionable bad faith litigation tactics.

<u>I. Plaintiffs' Disputes with Defendant Wells Fargo</u>

        A. Document Production Requests Set One

<u>Document Production Request 1</u>

Defendant is ordered to identify the documents previously produced that are relevant to the request. Defendant shall identify documents by Bates number and grouped in categories. Defendant must also provide Plaintiffs a list of existing documents that Defendant asserts are irrelevant to the request and has refused to produce.

<u>Document Production Request 2</u>

Defendant is ordered to produce the color copies of the original loan documents, including the promissory note, in a verified response, by Friday March 5, 2010.

///

///

///

09cv256

1    <u>Document Production Request 3</u>

2        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    <u>Document Production Request 4</u>

6        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    <u>Document Production Request 5</u>

10        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11    this case, and accordingly is denied.

12

13    <u>Document Production Request 6</u>

14        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15    this case, and accordingly is denied.

16

17    <u>Document Production Request 7</u>

18        Defendant is compelled to provide an amended response.

19

20    <u>Document Production Request 8</u>

21        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

22    this case, and accordingly is denied.

23

24    <u>Document Production Request 9</u>

25        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

26    this case, and accordingly is denied.

27    ///

28    ///

09cv256

Document Production Request 10

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 11

Plaintiffs withdrew this request.

Document Production Request 12

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 13

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 14

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 15

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 16

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

///

///

09cv256

## Document Production Request 17

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

## Document Production Request 18

Plaintiffs withdrew this request.

## Document Production Request 19

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

## Document Production Request 20

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

## Document Production Request 21

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

## Document Production Request 22

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

## Document Production Request 23

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

09cv256

Document Production Request 24

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 25

The request is limited to exclusively log sheets relative to the loan origination and foreclosure. If no responsive documents exist, Defendant is ordered to so state.

Document Production Request 26

The scope of this request is limited to documents reflecting payments made by Plaintiffs on the loan. Defendant is compelled to respond to the limited scope of this request.

Document Production Request 27

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 28

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 29

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 30

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

09cv256

Document Production Request 31

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 32

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 33

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 34

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 35

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 36

The Court finds that the burden on Defendants of complying with Plaintiffs' request outweighs the value of the documents sought. Accordingly, Plaintiffs' request is denied.

Document Production Request 37

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

09cv256

Document Production Request 38

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 39

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 40

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 41

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 42

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 43

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 44

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

09cv256

1    Document Production Request 45

2        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 46

6        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    Document Production Request 47

10       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   Document Production Request 48

14       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   Document Production Request 49

18       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19   this case, and accordingly is denied.

20

21   Document Production Request 50

22       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23   this case, and accordingly is denied.

24

25   Document Production Request 51

26       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

1    <u>Document Production Request 52</u>

2          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    <u>Document Production Request 53</u>

6          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    <u>Document Production Request 54</u>

10         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   <u>Document Production Request 55</u>

14         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   <u>Document Production Request 56</u>

18         Defendant is compelled to respond subject to FRCP 26(a)(1)(D). If no responsive policy

19   exists, Defendant shall so state.

20

21   <u>Document Production Request 57</u>

22         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23   this case, and accordingly is denied.

24

25   <u>Document Production Request 58</u>

26         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

1    <u>Document Production Request 59</u>

2         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    <u>Document Production Request 60</u>

6         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    <u>Document Production Request 61</u>

10        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   <u>Document Production Request 62</u>

14        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   <u>Document Production Request 63</u>

18        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19   this case, and accordingly is denied.

20

21   <u>Document Production Request 64</u>

22        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23   this case, and accordingly is denied.

24

25   <u>Document Production Request 65</u>

26        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

1   Document Production Request 66

2       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3   this case, and accordingly is denied.

4

5   Document Production Request 67

6       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7   this case, and accordingly is denied.

8

9   Document Production Request 68

10      Defendant is compelled to respond to the extent that there are powers of attorney

11  relative to the loan origination documents and/or the foreclosure. If none exist, Defendant shall

12  so state.

13

14  Document Production Request 69

15      Defendant is compelled to respond with documents granting authority to sign loan

16  documents relating to loan origination and/or foreclosure. If none exist, Defendant shall so state.

17

18  Document Production Request 70

19      Plaintiffs withdrew this request.

20

21  Document Production Request 71

22      The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23  this case, and accordingly is denied.

24

25  Document Production Request 72

26      The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27  this case, and accordingly is denied.

28

09cv256

1    <u>Document Production Request 73</u>

2         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    <u>Document Production Request 74</u>

6         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    <u>Document Production Request 75</u>

10        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   <u>Document Production Request 76</u>

14        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   <u>Document Production Request 77</u>

18        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19   this case, and accordingly is denied.

20

21   <u>Document Production Request 78</u>

22        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23   this case, and accordingly is denied.

24

25   <u>Document Production Request 79</u>

26        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

1    Document Production Request 80

2         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 81

6         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    Document Production Request 82

10        Defendant is compelled to respond with documents relating to loan origination and/or

11   foreclosure.

12

13   Document Production Request 83

14        Defendant is compelled to respond with all responsive documents relating to the loan

15   origination and foreclosure.

16

17   Document Production Request 84

18        The Court finds that Plaintiffs' request is duplicative , and encompassed within the

19   scope of Document Production Request 20.  Accordingly, Plaintiffs' request is denied.

20

21   Document Production Request 85

22        The Court finds that Plaintiffs' request duplicative of the various other requests for

23   production which Defendant has indicated it has produced, or is ordered to produce responsive

24   documents as set forth in this order. Accordingly, Plaintiffs' request is denied.

25   ///

26   ///

27   ///

28   ///

09cv256

1  Document Production Request 86

2          Defendant is obligated and ordered to disclose all documents it intends to use at trial.

3  If responsive documents to these discovery responses are not produced by Defendant, Defen-

4  dant may be precluded from entering such documents at trial.

5

6  Document Production Request 87

7          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

8  this case, and accordingly is denied.

9

10  Document Production Request 88

11          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

12  this case, and accordingly is denied.

13

14  Document Production Request 89

15          Plaintiffs withdrew the request.

16

17  Document Production Request 90

18          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19  this case, and accordingly is denied.

20

21  Document Production Request 91

22          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23  this case, and accordingly is denied.

24

25  Document Production Request 92

26          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27  this case, and accordingly is denied.

28

09cv256

1    Document Production Request 93

2        Defendant is compelled to respond, with all responsive documents used  to determine

3    that the loan was in default.

4

5    Document Production Request 94

6        Defendant is compelled respond with all responsive documents detailing the amount

7    due on the loan on the date of foreclosure.

8

9    Document Production Request 95

10       Defendant is compelled to respond with all responsive documents that provide a

11   monthly accounting of payments made and outstanding, including principle and interest

12   amounts.

13

14   Document Production Request 96

15       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

16   this case, and accordingly is denied.

17

18   Document Production Request 97

19       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

20   this case, and accordingly is denied.

21

22   Document Production Request 98

23       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

24   this case, and accordingly is denied.

25

26   Document Production Request 99

27       The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

28   this case, and accordingly is denied.

09cv256

<u>Document Production Request 100</u>

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional documents responsive to the request.

<u>Document Production Request 101</u>

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional documents responsive to the request.

<u>Document Production Request 102</u>

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional documents responsive to the request.

<u>Document Production Request 103</u>

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

<u>Document Production Request 104</u>

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

<u>B.) 30(b)(6) Deposition Notice to Wells Fargo Bank</u>

Defendant Wells Fargo must produce a witness able to testify to corporate knowledge on the following topics: 1 - 7; 10; 12, 14; 16- 39; 47 from January 1, 2006 up to the date of filing the lawsuit; and 48.

09cv256

II. Plaintiffs' Disputes With Defendant Indy Mac Federal Bank

A. Document Production Requests to Defendant Indy Mac

Document Production Request 1

Defendant is ordered to identify the documents previously produced that are relevant to the request. Defendant shall identify documents by Bates number and grouped in categories. Defendant must also provide Plaintiffs a list of existing documents that Defendant asserts are irrelevant to the request and has refused to produce.

Document Production Request 2

Defendant is ordered to produce the color copies of the original loan documents, including the promissory note, in a verified response, by Friday March 5, 2010.

Document Production Request 3

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 4

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 5

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 6

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

09cv256

1    <u>Document Production Request 7</u>

2         Defendant is compelled to provide an amended response.

3

4    <u>Document Production Request 8</u>

5         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

6    this case, and accordingly is denied.

7

8    <u>Document Production Request 9</u>

9         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

10   this case, and accordingly is denied.

11

12   <u>Document Production Request 10</u>

13        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

14   this case, and accordingly is denied.

15

16   <u>Document Production Request 11</u>

17        Plaintiffs withdrew this request.

18

19   <u>Document Production Request 12</u>

20        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

21   this case, and accordingly is denied.

22

23   <u>Document Production Request 13</u>

24        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

25   this case, and accordingly is denied.

26   ///

27   ///

28   ///

09cv256

Document Production Request 14

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 15

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 16

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 17

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 18

Plaintiffs withdrew this request.

Document Production Request 19

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 20

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

09cv256

1    Document Production Request 21

2          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 22

6          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    Document Production Request 23

10         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   Document Production Request 24

14         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   Document Production Request 25

18         The request is limited exclusively to log sheets relative to the loan origination and

19   foreclosure. If no responsive documents exist, Defendant is ordered to so state.

20

21   Document Production Request 26

22         The scope of this request is limited to documents reflecting payments made by

23   Plaintiffs on the loan. Defendant is compelled to respond to the limited scope of this request.

24

25   Document Production Request 27

26         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

1     <u>Document Production Request 28</u>

2         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3     this case, and accordingly is denied.

4

5     <u>Document Production Request 29</u>

6         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7     this case, and accordingly is denied.

8

9     <u>Document Production Request 30</u>

10         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11     this case, and accordingly is denied.

12

13     <u>Document Production Request 31</u>

14         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15     this case, and accordingly is denied.

16

17     <u>Document Production Request 32</u>

18         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19     this case, and accordingly is denied.

20

21     <u>Document Production Request 33</u>

22         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23     this case, and accordingly is denied.

24

25     <u>Document Production Request 34</u>

26         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27     this case, and accordingly is denied.

28

09cv256

1    Document Production Request 35

2         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 36

6         The Court finds that the burden on Defendants of complying with Plaintiffs' request

7    outweighs the value of the documents sought. Accordingly, Plaintiffs' request is denied.

8

9    Document Production Request 37

10        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   Document Production Request 38

14        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   Document Production Request 39

18        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19   this case, and accordingly is denied.

20

21   Document Production Request 40

22        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23   this case, and accordingly is denied.

24

25   Document Production Request 41

26        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

Document Production Request 42

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 43

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 44

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 45

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 46

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 47

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

Document Production Request 48

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

09cv256

1    Document Production Request 49

2         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 50

6         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    Document Production Request 51

10        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   Document Production Request 52

14        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   Document Production Request 53

18        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19   this case, and accordingly is denied.

20

21   Document Production Request 54

22        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

23   this case, and accordingly is denied.

24

25   Document Production Request 55

26        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

1    <u>Document Production Request 56</u>

2         Defendant is compelled to respond subject to FRCP 26(a)(1)(D). If no responsive policy

3    exists, Defendant shall so state.

4

5    <u>Document Production Request 57</u>

6         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    <u>Document Production Request 58</u>

10        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   <u>Document Production Request 59</u>

14        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   <u>Document Production Request 60</u>

18        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19   this case, and accordingly is denied.

20

21

22   <u>Document Production Request 61</u>

23        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

24   this case, and accordingly is denied.

25

26   <u>Document Production Request 62</u>

27        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

28   this case, and accordingly is denied.

09cv256

1    Document Production Request 63

2            The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 64

6            The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    Document Production Request 65

10           The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11   this case, and accordingly is denied.

12

13   Document Production Request 66

14           The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15   this case, and accordingly is denied.

16

17   Document Production Request 67

18           The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19   this case, and accordingly is denied.

20

21   Document Production Request 68

22           Defendant is compelled to respond to the extent that there are powers of attorney

23   relative to the loan origination documents and/or the foreclosure. If none exist, Defendant shall

24   so state.

25

26   Document Production Request 69

27           Defendant is compelled to respond with documents granting authority to sign loan

28   documents relating to loan origination and/or foreclosure. If none exist, Defendant shall so state.

09cv256

1    <u>Document Production Request 70</u>

2         Plaintiffs withdrew this request.

3

4    <u>Document Production Request 71</u>

5         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

6    this case, and accordingly is denied.

7

8    <u>Document Production Request 72</u>

9         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

10   this case, and accordingly is denied.

11

12   <u>Document Production Request 73</u>

13        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

14   this case, and accordingly is denied.

15

16   <u>Document Production Request 74</u>

17        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

18   this case, and accordingly is denied.

19

20   <u>Document Production Request 75</u>

21        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

22   this case, and accordingly is denied.

23

24   <u>Document Production Request 76</u>

25        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

26   this case, and accordingly is denied.

27   ///

28   ///

09cv256

1    Document Production Request 77

2            The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 78

6            The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    Document Production Request 79

10            The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

11    this case, and accordingly is denied.

12

13    Document Production Request 80

14            The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

15    this case, and accordingly is denied.

16

17    Document Production Request 81

18            The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

19    this case, and accordingly is denied.

20

21    Document Production Request 82

22            Defendant is compelled to respond with documents relating to loan origination and/or

23    foreclosure.

24

25    Document Production Request 83

26            Defendant is compelled to respond with all responsive documents relating to the loan

27    origination and foreclosure.

28

09cv256

1    Document Production Request 84

2         The Court finds that Plaintiffs' request is duplicative , and encompassed within the

3    scope of Document Production Request 20.  Accordingly, Plaintiffs' request is denied.

4

5    Document Production Request 85

6         The Court finds that Plaintiffs' request duplicative of the various other requests for

7    production which Defendant has indicated it has produced, or is ordered to produce responsive

8    documents as set forth in this order. Accordingly, Plaintiffs' request is denied.

9

10   Document Production Request 86

11        Defendant is obligated and ordered to disclose all documents it intends to use at trial.

12   If responsive documents to these discovery responses are not produced by Defendant, Defen-

13   dant may be precluded from entering such documents at trial.

14

15   Document Production Request 87

16        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

17   this case, and accordingly is denied.

18

19   Document Production Request 88

20        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

21   this case, and accordingly is denied.

22

23   Document Production Request 89

24        Plaintiffs withdrew the request.

25

26   Document Production Request 90

27        The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

28   this case, and accordingly is denied.

09cv256

1    Document Production Request 91

2          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

3    this case, and accordingly is denied.

4

5    Document Production Request 92

6          The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

7    this case, and accordingly is denied.

8

9    Document Production Request 93

10         Defendant is compelled to respond, with all responsive documents used  to determine

11   that the loan was in default.

12

13   Document Production Request 94

14         Defendant is compelled respond with all responsive documents detailing the amount

15   due on the loan on the date of foreclosure.

16

17   Document Production Request 95

18         Defendant is compelled to respond with all responsive documents that provide a

19   monthly accounting of payments made and outstanding, including principle and interest

20   amounts.

21

22   Document Production Request 96

23         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

24   this case, and accordingly is denied.

25

26   Document Production Request 97

27         The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

28   this case, and accordingly is denied.

09cv256

Document Production Request 98

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.


Document Production Request 99

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.


Document Production Request 100

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional documents responsive to the request.


Document Production Request 101

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional documents responsive to the request.


Document Production Request 102

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional documents responsive to the request.


Document Production Request 103

The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in this case, and accordingly is denied.

///
///

09cv256

1   Document Production Request 104

2      Defendant is compelled to produce responsive written procedures, for the time period

3   from January 1, 2006, up to the date of foreclosure.

4

5   Document Production Request 105

6      Defendant is compelled to produce written policies regarding handling of rescission

7   notices for the time period from January 1, 2006, up to and including the date of foreclosure.

8

9   Document Production Request 106

10      Plaintiffs withdrew this request.

11

12   Document Production Request 107

13      Plaintiffs withdrew this request.

14

15   Document Production Request 108

16      Plaintiffs shall contact Defendant for any undecipherable notations in discovery

17   documents. Defendant shall provide Plaintiffs with information sufficient to understand the

18   codes and symbols used in any documentation.

19

20   Document Production Request 109

21      Defendant is compelled to produce written polices regarding document destruction

22   and retention schedules for the time period from January 1, 2006 up to the filing of the current

23   lawsuit.

24

25   Document Production Request 110

26      The Court finds that Plaintiffs' request is irrelevant to the claims against Defendant in

27   this case, and accordingly is denied.

28

09cv256

B. 30(b)(6) Notice To Defendant IndyMac Bank

Under rule 30(b)(6) IndyMac must produce a witness to testify as to the corporation's knowledge on the following topics: 1 - 7, 10, 12, 14, 16 - 48 up to the time of the foreclosure, 49, 50 - 52, 53 for the time period of January 1, 2006  up to the date of filing the current lawsuit, and 54.

III. Plaintiffs' Discovery Disputes With Elke Poerschke

A.) Document Production Requests

Document Production Request 1

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

Document Production Request 2

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

Document Production Request 3

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

Document Production Request 4

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

09cv256

Document Production Request 5

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

Document Production Request 6

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

Document Production Request 7

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

Document Production Request 8

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

Document Production Request 9

Defendant represents that responsive documents have been provided. If no additional responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered to disclose additional responsive documents to the request.

///
///
///
///

09cv256

1   Document Production Request 10

2          Defendant represents that responsive documents have been provided. If no additional

3   responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered

4   to disclose additional responsive documents to the request.

5

6   Document Production Request 11

7          Defendant represents that responsive documents have been provided. If no additional

8   responsive documents are remaining, Defendant shall so state. Otherwise, Defendant is ordered

9   to disclose additional responsive documents to the request.

10

11   Document Production Request 12

12          To the extent that documents exist that are generated in electronic format that are

13   responsive to Document Production Requests 1 -11, these documents shall be produced. If there

14   are no responsive documents, Defendant shall so state.

15

16   Document Production Request 13

17          Defendant is compelled to respond to the extent that there are non privileged notes

18   regarding Plaintiffs' loan.

19

20   Document Production Request 14

21          The Court finds that Plaintiffs' request is duplicative of the previous 13 requests, and

22   accordingly is denied.

23

24   Document Production Request 15

25          The Court finds that Plaintiffs' request is duplicative of the Requests For Production 1-

26   13, and accordingly is denied.

27   ///

28   ///

09cv256

1    B.) Deposition of Elke Poerschke

2    The parties represent that there is no dispute regarding Ms. Poerschke's deposition.

3

4    IV. Timing of Discovery Requests

5    Defendants have until April 5, 2010 to provide supplemental responses, consistent

6    with the orders of the Court as provided herein.

7

8    DATED:  March 12, 2010

9

10   _____
     Hon. William V. Gallo
11   U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09cv256