UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOBIN et al, | ) | Civil No. 09-CV-256-DMS(WVG) |
| | ) | |
| Plaintiffs, | ) | ORDER ON JOINT DISPUTE STATEMENT |
| | ) | REGARDING DEFENDANT DEUTSCHE BANK |
| v. | ) | NATIONAL TRUST' COMPANY AS TRUSTEE |
| | ) | FOR ALLIANCE BANCORP TRUST |
| BC BANCORP et al, | ) | |
| | ) | |
| Defendants. | ) | (Doc. No. 139) |
| _____ | ) | |

Plaintiffs and Defendants filed a Joint Dispute Statement. (Doc. No. 139.) Plaintiff objects to Defendant Deutsche Bank's responses to Document Production Requests, and 30(b)(6) witness production, and requests sanctions against Defendant IndyMac Bank for alleged failure to comply with the Court's previous discovery orders. The Court finds as set forth below.

I. BACKGROUND

The Court convened a Discovery Hearing on March 3, 2010. The Court addressed discovery disputes regarding the Plaintiffs' 30(b)(6) deposition notice and requests for document production from Defendants Wells Fargo, Indymac Federal Bank, and Elke Poerschke. The Plaintiffs propounded voluminous requests on these three defendants and the Court expended four hours to parse through the numerous requests. (See Doc. No. 125.) At the March 3, 2010, hearing the Court opined that any future disputes with other defendants regarding the same subject matter would be resolved "consistent and the same" with the rulings provided that day. (Tr. 58:6.)

II. DEFENDANT DEUTSCHE BANK

Presently before the Court, is an identical dispute between Plaintiffs and Defendant Deutsche Bank. The document production requests and deposition notice served on Defendant Deutsche are substantially similar to the topics noticed to the other defendants and the subject matter encompassed within these requests was addressed by the Court on March 3, 2010. Defendant Deutsche Bank contends that the Court's previous order resolves the instant dispute entirely. The Court agrees absent one exception: Plaintiffs are entitled to a copy of the pooling and servicing agreement that sets forth Defendant's obligations and responsibilities as requested in Request for Production 27. Based on these forgoing events and findings, the Court rules as follows.

### A. Document Production Requests Set One

Document Production Request 1

Defendant must provide a copy of the controlling Pooling and Servicing Loan Agreement to Plaintiffs. In all other regards, Defendant's objections are sustained.

Document Production Request 2

Defendant's response to provide copies of the note, deed of trust, and title policy, is sufficient. No further response compelled.

Document Production Request 3

The Court's previous order addresses this request. No further response compelled.

Document Production Request 4

The Court's previous order addresses this request. No further response compelled.

Document Production Request 5

The Court's previous order addresses this request. No further response compelled.

Document Production Request 6

The Court's previous order addresses this request. No further response compelled.

Document Production Request 7

Defendant's response to provide copies of the note, deed of trust, and title policy, is sufficient. No further response compelled.

///

Document Production Request 8

The Court's previous order addresses this request. No further response compelled.

Document Production Request 9

The Court's previous order addresses this request. No further response compelled.

Document Production Request 10

The Court's previous order addresses this request. No further response compelled.

Document Production Request 11

The Court's previous order addresses this request. No further response compelled.

Document Production Request 12

The Court's previous order addresses this request. No further response compelled.

Document Production Request 13

The Court's previous order addresses this request. No further response compelled.

Document Production Request 14

The Court's previous order addresses this request. No further response compelled.

Document Production Request 15

The Court's previous order addresses this request. No further response compelled.

Document Production Request 16

The Court's previous order addresses this request. No further response compelled.

Document Production Request 17

The Court's previous order addresses this request. No further response compelled.

Document Production Request 18

The Court's previous order addresses this request. No further response compelled.

Document Production Request 19

The Court's previous order addresses this request. No further response compelled.

Document Production Request 20

Defendant's response to provide copies of the note, deed of trust, and title policy, is sufficient. No further response compelled.

///

Document Production Request 21

The Court's previous order addresses this request. No further response compelled.

Document Production Request 22

The Court's previous order addresses this request. No further response compelled.

Document Production Request 23

The Court's previous order addresses this request. No further response compelled.

Document Production Request 24

The Court's previous order addresses this request. No further response compelled.

Document Production Request 25

The Court's previous order addresses this request. No further response compelled.

Document Production Request 26

The Court's previous order addresses this request. No further response compelled.

Document Production Request 27

The Court's finds that Plaintiffs are entitled to one complete copy of the Pooling and Servicing Agreement that sets forth Defendant's obligations. The copy shall include any addendums, schedules, or supplements that controlled Defendant's obligations to Plaintiffs' loan.

Document Production Request 28

The Court's finds prospectus irrelevant in light of a controlling Pooling and Loan Servicing Agreement. No further response compelled.

Document Production Request 29

The Court's finds supplemental prospectus irrelevant in light of a controlling Pooling and Loan Servicing Agreement. No further response compelled.

Document Production Request 30

The Court's finds registration statements irrelevant in light of a controlling Pooling and Loan Servicing Agreement. No further response compelled.

Document Production Request 31

The Court's previous order addresses this request. No further response compelled.

///

Document Production Request 32

The Court's previous order addresses this request. No further response compelled.

Document Production Request 33

The Court's previous order addresses this request. No further response compelled.

Document Production Request 34

The Court's previous order addresses this request. No further response compelled.

Document Production Request 35

The Court's previous order addresses this request. No further response compelled.

Document Production Request 36

The Court's previous order addresses this request. No further response compelled.

Document Production Request 37

The Court finds this request vague and overbroad and is accordingly denied.

Document Production Request 38

This request is identical to the preceding request: it is denied.

Document Production Request 39

The Court finds this request vague and overbroad and is accordingly denied.

Document Production Request 40

The Court finds this request vague and overbroad and is accordingly denied.

Document Production Request 41

The Court's previous order addresses this request. No further response compelled.

Document Production Request 42

The Court's previous order addresses this request. No further response compelled.

Document Production Request 43

The Court's previous order addresses this request. No further response compelled.

Document Production Request 44

This request is duplicative in light of the Court's order herein regarding Document Production Request 27. Accordingly, it is denied.

///

Document Production Request 45

The Court's previous order addresses this request. No further response compelled.

Document Production Request 46

The Court's previous order addresses this request. No further response compelled.

Document Production Request 47

The Court's previous order addresses this request. No further response compelled.

Document Production Request 48

The Court's previous order addresses this request. No further response compelled.

Document Production Request 49

The Court's previous order addresses this request. No further response compelled.

Document Production Request 50

The Court's previous order addresses this request. No further response compelled.

Document Production Request 51

This request is duplicative in light of the Court's order herein regarding Document Production Request 27. Accordingly, it is denied.

Document Production Request 52

The Court's previous order addresses this request. No further response compelled.

Document Production Request 53

The Court's previous order addresses this request. No further response compelled.

Document Production Request 54

The Court's previous order addresses this request. No further response compelled.

Document Production Request 55

The Court's previous order addresses this request. No further response compelled.

Document Production Request 56

The Court's previous order addresses this request. No further response compelled.

Document Production Request 57

The Court's previous order addresses this request. No further response compelled.

///

1 | <u>Document Production Request 58</u>
2 | The Court's previous order addresses this request. No further response compelled.
3 | <u>Document Production Request 59</u>
4 | The Court's previous order addresses this request. No further response compelled.
5 | <u>Document Production Request 60</u>
6 | The Court's previous order addresses this request. No further response compelled.
7 | <u>Document Production Request 61</u>
8 | The Court's previous order addresses this request. No further response compelled.
9 | <u>Document Production Request 62</u>
10 | The Court's previous order addresses this request. No further response compelled.
11 | <u>Document Production Request 63</u>
12 | The Court's previous order addresses this request. No further response compelled.
13 | <u>Document Production Request 64</u>
14 | The Court's previous order addresses this request. No further response compelled.
15 | <u>Document Production Request 65</u>
16 | The Court's previous order addresses this request. No further response compelled.
17 | <u>Document Production Request 66</u>
18 | The Court's previous order addresses this request. No further response compelled.
19 | <u>Document Production Request 67</u>
20 | The Court's previous order addresses this request. No further response compelled.
21 | <u>Document Production Request 68</u>
22 |  The Court's previous order addresses this request. No further response compelled.
23 | <u>Document Production Request 69</u>
24 | The Court's previous order addresses this request. No further response compelled.
25 | <u>Document Production Request 70</u>
26 | The Court's previous order addresses this request. No further response compelled.
27 | <u>Document Production Request 71</u>
28 | The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 72</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 73</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 74</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 75</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 76</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 77</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 78</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 79</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 80</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 81</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 82</u>

Defendant's response to provide copies of the note, deed of trust, and title policy, is sufficient. No further response compelled.

<u>Document Production Request 83</u>

Defendant's response to provide copies of the note, deed of trust, and title policy, is sufficient. No further response compelled.

<u>Document Production Request 84</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 85</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 86</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 87</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 88</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 89</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 90</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 91</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 92</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 93</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 94</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 95</u>

The Court's previous order addresses this request. Defendant has provided an adequate response.

<u>Document Production Request 96</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 97</u>

The Court's previous order addresses this request. No further response compelled.

<u>Document Production Request 98</u>

The Court's previous order addresses this request. No further response compelled.

Document Production Request 99

The Court's previous order addresses this request. No further response compelled.

Document Production Request 100

The Court's previous order addresses this request. Defendant has provided an adequate response.

Document Production Request 101

The Court's previous order addresses this request. Defendant has provided an adequate response.

Document Production Request 102

The Court's previous order addresses this request. Defendant has provided an adequate response.

Document Production Request 103

The Court's previous order addresses this request. No further response compelled.

Document Production Request 104

The Court's previous order addresses this request. No further response compelled.

B.) 30(b)(6) Deposition Notice to Wells Fargo Bank

Defendant must produce a witness able to testify to corporate knowledge on the following topics: 1; 2; 3; 4; 5; 6; 7; 10; 12; 14; 16; 17; 18; 19; 20; 21; 22; 23; 24; 25; 26; 27; 28; 29; 30; 31; 32; 33; 34; 35; 36; 37; 38; 39; 47, 51 up to time of filing the lawsuit; and 52. All topics not addressed are DENIED.

III. Defendant IndyMac Federal Bank

Defendant IndyMac Federal Bank has been dismissed from the instant action and accordingly Plaintiffs' request for sanction or for an order to further compel a deposition against Defendant IndyMac is DENIED.

DATED: July 23, 2010

Hon. William V. Gallo
U.S. Magistrate Judge

09cv256